# **EXHIBIT 1**

Gregory J. Pascale, Esquire
ID No. 46154
NEEDLE LAW, PC
240 Penn Avenue
Scranton, PA 18503
570-344-1266                                           Attorney for Plaintiff

| | |
|---|---|
| **JOBANNI PERALTA** | : IN THE COURT OF COMMON PLEAS |
| 2233 Sedgwick Avenue, Apt. 2 | : OF LACKAWANNA COUNTY |
| Bronx, NY 10468 | : |
| Plaintiff | : |
| vs. | : |
| | : |
| **UGI UTILITIES, INC.** | : JURY TRIAL DEMANDED |
| 1 UGI Drive | : |
| Denver, PA 17517 | : CIVIL ACTION LAW |
| | : |
| And | : |
| | : |
| **LEEWARD CONSTRUCTION, INC.** | : |
| 239 Golf Hill Road | : 2022 CIVIL 5252 |
| Honesdale, PA 18431 | : |
| | : |
| And | : |
| | : |
| **QUALITY INTEGRATED SERVICES, INC.** | : |
| P.O. Box 1950 | : |
| 2309 North Lelia | : |
| Guymon, OK 73942 | : |
| Defendants | : |

## PRAECIPE FOR WRIT OF SUMMONS

**TO THE CLERK OF JUDICIAL RECORDS:**

Please issue a Writ of Summons in the above captioned case.

NEEDLE LAW, P.C.

Gregory J. Pascale, Esquire
Nicholas S. Mattise, Esquire
Attorneys for Plaintiff

## SUMMONS IN CIVIL ACTION

To:  **UGI Utilities, Inc.,** 1 UGI Drive, Denver PA 17517.

**Leeward Construction, Inc.,** 239 Golf Hill Road, Honesdale, PA 18431

**Quality Integrated Services, Inc.,** P.O. Box 1950, 2309 North Lelia, Guymon Oklahoma 73942.

You are notified that the Plaintiff, **Jobanni Peralta,** 2233 Sedgwick Avenue, Apt. 2, Bronx, NY 10768, has commenced an action against you.

_____Mauri B. Kelly_____
Clerk of Judicial Records

DEC 19 2022

Date:_____   BY: _____
                              Deputy

Gregory J. Pascale, Esquire
ID No. 46154
NEEDLE LAW, PC
240 Penn Avenue
Scranton, PA 18503
570-344-1266                                             Attorney for Plaintiff

| | |
|---|---|
| **JOBANNI PERALTA** <br> 2233 Sedgwick Avenue, Apt. 2 <br> Bronx, NY 10468 <br>       Plaintiff <br>   vs. <br><br> **UGI UTILITIES, INC.** <br> 1 UGI Drive <br> Denver, PA 17517 <br><br> And <br><br> **LEEWARD CONSTRUCTION, INC.** <br> 239 Golf Hill Road <br> Honesdale, PA 18431 <br><br> And <br><br> **QUALITY INTEGRATED SERVICES, INC.** <br> P.O. Box 1950 <br> 2309 North Lelia <br> Guymon, OK 73942 <br>       Defendants | IN THE COURT OF COMMON PLEAS <br> OF LACKAWANNA COUNTY <br><br><br><br><br> JURY TRIAL DEMANDED <br><br> CIVIL ACTION LAW <br><br><br><br> 2022 CIVIL |

<u>**CERTIFICATE OF COMPLIANCE**</u>

I certify that this filing complies with the provision of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents

Dated this /9th day of December, 2022.

Respectfully submitted,

_____
Gregory J. Pascale, Esquire
Nicholas S. Mattise, Esquire
Attorneys for Plaintiff