THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOBANNI PERALTA, :
:
Plaintiff, :
v. : 3:22-CV-2069
: (JUDGE MARIANI)
UGI UTILITIES, INC., et al., :
:
Defendants. :

## ORDER

AND NOW, THIS ___1st___ DAY OF MARCH, 2023, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff Jobanni Peralta's "Motion for Remand due to Lack of Subject Matter Jurisdiction" (Doc. 2) is **GRANTED**.

2. The above-captioned action is **REMANDED** to the Court of Common Pleas of Lackawanna County.

3. The Clerk of Court is directed to **CLOSE** the federal action.

4. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Lackawanna County.

_____
Robert D. Mariani
United States District Judge